FILED 2016 APR 25 PM 3:49 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 16- CR16-0284 |
|---|---|
| Plaintiff, | INFORMATION |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| JAMES BRETON BUTLER, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about March 15, 2013, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES BRETON BUTLER knowingly possessed an HP Pavilion a1630 tower computer, bearing serial number CNX6420HTB, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which images involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting

//

//

interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

KAREN I. MEYER
Assistant United States Attorney
Acting Deputy Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Violent & Organized Crime Section

interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JUSTIN R. RHOADES
Assistant United States Attorney
Chief, Violent & Organized Crime Section

KAREN I. MEYER
Assistant United States Attorney
Acting Deputy Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
Assistant United States Attorney
Violent & Organized Crime Section