# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR16-284-CAS | | Date | May 25, 2016 |
|---|---|---|---|---|

Present: The Honorable     CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE

Interpreter     N/A

| Catherine M. Jeang | Laura Elias | Jeffrey Chemerinsky |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| JAMES BRETON BUTLER | X | X | | FIRDAUS DORDI | X | | X |

**Proceedings:**     STATUS CONFERENCE/CHANGE OF PLEA

Hearing held and counsel are present.  The Court confers with counsel and defendant moves to change his plea to Count 1 of the Single-Count Information, states that his true name is as charged and is sworn.

The Court questions the defendant regarding his intention to enter a plea of GUILTY and advises the defendant of his Constitutional Rights.  Defendant now enters a new and different plea of GUILTY to Count 1 of the Single-Count Information.  The Court FINDS the plea to be knowledgeable and voluntary and orders the plea accepted and entered.

The Court orders the Plea Agreement filed and incorporated into the record.

The Court refers the defendant to the Probation Office for an investigation and Pre-sentence Report and continues the matter to **August 29, 2016**, at **2:30 p.m.** for sentencing.

Defendant is ordered to be present at the August 29, 2016, at 2:30 p.m. sentencing, unless advised otherwise by his attorney of record.

The Court orders the Jury Trial VACATED as to this defendant.

|  | 00 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | | | CMJ |

cc:  U.S. Probation Office
     U.S. Pretrial Services